UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF MISSOURI
EASTERN DIVISION

| | | |
|---|---|---|
| THOMAS A. CONNELLY, *in his capacity as Executor of the Estate of Michael P. Connelly, Sr.*, | ) ) ) ) | |
| Plaintiff(s), | ) ) | Case No. 4:19-cv-01410-SRC |
| vs. | ) ) ) | |
| THE UNITED STATES OF AMERICA, DEPARTMENT OF THE TREASURY, INTERNAL REVENUE SERVICE, | ) ) ) ) ) | |
| Defendant(s). | ) ) | |

## MEMORANDUM AND ORDER

This matter comes before the Court on the United States' Motion to Dismiss Plaintiff's 26 U.S.C. § 7433 Claim [9]. Plaintiff does not oppose the Motion [14]. The Court grants the Motion.

The Court dismisses Plaintiff's claim for damages under 26 U.S.C. § 7433 under Rule 12(b)(1) for lack of subject matter jurisdiction because the allegations in the Complaint fail to allege any collection activity by the IRS for which Congress has waived sovereign immunity. Plaintiff's remaining claims are unaffected by this motion.

Accordingly,

**IT IS HEREBY ORDERED** that Plaintiff's claim for damages under 26 U.S.C. § 7433 is dismissed.

So Ordered this 26th day of November.

_____
**STEPHEN R. CLARK**
**UNITED STATES DISTRICT JUDGE**