

PLAINTIFF'S
EXHIBIT

5

*Crown C Supply Company, Inc.*
*Calculation of Value*
*of a 77.18% Ownership Interest*
*as of October 1, 2013*

Prepared By:

ANDERS MINKLER HUBER & HELM LLP
Certified Public Accountants

C000613



October 7, 2016

Mr. Ronald N. Danna
Danna McKitrick, P.C.
7701 Forsyth Blvd., Suite 800
St. Louis, Missouri 63105

Re:   Calculation of Value – Crown C Supply Company, Inc.

Dear Mr. Danna:

You have engaged us to conduct a calculation engagement and prepare a calculation report to
provide you with a calculated value of a 77.18% ownership interest in Crown C Supply Company,
Inc. (the "Company") on a controlling, non-marketable basis as of October 1, 2013 (the
"Calculation Date"), for federal estate tax purposes.

The calculated value is considered as a cash or cash equivalent value. The calculated value and
our calculation report are to be used only as of the Calculation Date and are not valid as of any
other date.

We have performed a calculation engagement and present our calculation report in conformity
with the Statement on Standards for Valuation Services No. 1 ("SSVS") of the American Institute
of Certified Public Accountants ("AICPA"). SSVS defines a calculation engagement as "An
engagement to estimate value wherein the valuation analyst and the client agree on the specific
valuation approaches and valuation methods that the valuation analyst will use and the extent of
valuation procedures the valuation analyst will perform to estimate the value of a subject interest.
A calculation engagement generally does not include all of the valuation procedures required for
a valuation engagement. If a valuation engagement had been performed, the results might have
been different. The valuation analyst expresses the results of the calculation engagement as a
calculated value, which may be either a single amount or a range."

SSVS addresses a calculation report as follows: "This type of report should be used only to
communicate the results of a calculation engagement (calculated value); it should not be used to
communicate the results of a valuation engagement (conclusion of value)."

This calculation engagement, and resulting calculated value and calculation report, was
conducted solely for federal estate tax purposes, and the resulting calculated value and
calculation report should not be used for any other purpose or by any other party for any purpose
without our express written consent. Specifically, this calculation report should not be used as a
fairness opinion, and in fact is not a fairness opinion, regarding any planned or possible sale of
the Company.

Anders Minkler Huber & Helm LLP          800 Market Street, Suite 500          o (314) 655-5500          www.anderscpa.com
St. Louis, MO 63101-2501          f (314) 655-5501

C000614

Mr. Ronald N. Danna
Danna McKitrick, P.C.
October 7, 2016
Page 2

The standard of value used in this calculation engagement is fair market value, defined in Treasury Regulations §20.2031-1(b) and §25.2512-1, and restated in Revenue Ruling 59-60, as "the price at which the property would change hands between a willing buyer and a willing seller when the former is not under any compulsion to buy and the latter is not under any compulsion to sell, both parties having reasonable knowledge of relevant facts." Revenue Ruling 59-60 also defines the willing buyer and seller as hypothetical as follows: "Court decisions frequently state in addition that the hypothetical buyer and seller are assumed to be able, as well as willing, to trade and to be well informed about the property and concerning the market for such property." Furthermore, fair market value assumes that the price is transacted in cash or cash equivalents. Revenue Ruling 59-60, while used in tax valuations, is also used in many non-tax valuations.

Fair market value is also defined in a similar way in the International Glossary of Business Valuation Terms as "the price, expressed in terms of cash equivalents, at which property would change hands between a hypothetical willing and able buyer and a hypothetical willing and able seller, acting at arm's length in an open and unrestricted market, when neither is under compulsion to buy or sell and when both have reasonable knowledge of the relevant facts."

The premise of value is going concern which means the Company is expected to continue to operate into the future. The liquidation premise of value was considered and rejected as not applicable, as the going-concern value generally results in a higher value for the interest than the liquidation value, whether orderly or fixed.

We have no obligation to update the report or restate our calculated value for information that comes to our attention after the date of the report. However, we reserve the right to recall the report and/or restate our calculated value if such information comes to our attention.

The approaches and methodologies used in this calculation engagement did not comprise an examination or any attest service in accordance with generally accepted accounting principles, the objective of which is an expression of an opinion regarding the fair presentation of financial statements or other financial information, whether historical or prospective, presented in accordance with generally accepted accounting principles or auditing standards. We express no opinion and accept no responsibility for the accuracy and completeness of the financial information (audited, reviewed, compiled, internal, prospective or tax returns), or other data provided to us by others, and we have not verified such information unless specifically stated in this report. We assume that the financial and other information provided to us is accurate and complete, and we have relied upon this information in performing our calculation.

## Crown C Supply Company, Inc.

Crown C Supply Company, Inc. was incorporated on December 19, 1980 in the State of Missouri. The Company is engaged in the wholesale and retail sale of roofing and siding materials and supplies. The Company is located in St. Louis, Missouri, with the majority of sales and credit being granted to customers located within the St. Louis metropolitan area.

The Company started out as a supplier of roofing supplies. While the Company is still in the roofing supply business, the Company now supplies and delivers windows, doors and siding materials

Mr. Ronald N. Danna
Danna McKitrick, P.C.
October 7, 2016
Page 3

from the biggest and best manufacturers in the country straight to a customer's job site. Although a majority of the Company's sales are generated within the St. Louis metropolitan area, the Company is able to deliver product coast to coast through its "Straight From The Manufacturer" shipping program.

The Company offers a broad range of quality products and excellent service and support. The Company offers the following exterior remodeling products and tools:

- low slope roofing products, including coatings, adhesives, flashings, drains, ventilation, insulation boards, pavers, roof hatches and skylights;
- steep slope roofing products, including shingles, standing seam, corrugated metal, sun tunnels, skylights, underlayment, ventilation and flashing;
- vinyl and fiber cement siding;
- windows and doors;
- decking;
- railings;
- moldings and trims;
- columns;
- fasteners and adhesives; and
- tools.

The Company's headquarters are located at 5130 Manchester Avenue in St. Louis, Missouri. The Company leases its facilities from two related party entities, 5200 Manchester LLC and Connelly, LLC. The Company's facilities includes a showroom where customers are able to see samples of products and roofing materials, and compare colors, styles and classes of materials within the same product line. Additionally, the Company's facilities include a 75,000 square foot warehouse which allows the Company to keep inventory on hand, and the ability to hold and store whatever materials a contractor orders for their job.

## Description of the Scope of Work Performed and Calculation Procedures

As agreed upon with the client, we utilized the income approach to arrive at the calculated value of the Company. Specifically, we agreed to utilize the income approach – capitalized cash flow method.

In performing our work, we were provided with and have relied upon the following documents:

- Reviewed financial statements for the years ended September 30, 2008 through September 30, 2013 issued by Rubin Brown LLP;
- Reviewed financial statements for the year ended September 30, 2014 issued by Croghan & Croghan P.C.;
- Form 1120S – U.S. Income Tax Return For An S Corporation for the years ended September 30, 2008 through September 30, 2013 prepared by Rubin Brown LLP.
- Form 1120S – U.S. Income Tax Return For An S Corporation for the year ended September 30, 2014 prepared by Croghan & Croghan P.C.;
- Form 706 – United States Estate (And Generation-Skipping Transfer) Tax Return for the Estate of Michael P. Connelly;

C000616

Mr. Ronald N. Danna
Danna McKitrick, P.C.
October 7, 2016
Page 4

- Summary Appraisal Report of Crown C Supply office/warehouse property located at 5110-5130 Manchester Avenue as of February 6, 2013 prepared by R.A. Buckles & Associates, Inc.;
- Summary Appraisal Report of office/warehouse property located at 5200 Manchester Avenue as of October 1, 2013 prepared by R.A. Buckles & Associates, Inc.;
- Amended and Restated Stock Purchase Agreement dated August 29, 2001, and
- Sale and Purchase Agreement dated November 13, 2013.

We have performed a calculation engagement, as that term is defined in SSVS. The estimate of value that results from a calculation engagement is expressed as a calculated value. In a calculation engagement, the valuation analyst and the client agree on the specific valuation approaches and valuation methods the valuation analyst will use and the extent of valuation procedures the valuation analyst will perform to estimate the value of the subject interest. A calculation engagement does not include all of the procedures required for a valuation engagement, as that term is defined in SSVS. Had a valuation engagement been performed, the results might have been different.

This calculated value is subject to the Statement of Assumptions and Limiting Conditions found in Appendix A and to the Valuation Analyst's Representation found in Appendix B of this calculation report. We have no obligation to update this calculation report or our calculated value for information that comes to our attention after the date of the report.

### Income Approach – Capitalized Cash Flow Method

There are two commonly used methods under the income approach: the discounted cash flow method and the capitalized cash flow method. The discounted cash flow method requires projecting an expected economic benefit stream into the future and discounting it back to a present value using a discount rate or required rate of return. This present value discount rate is the cost of capital, that is, the rate of return an investor would require to compensate for the risk associated with an investment in the Company. The capitalized cash flow method determines a value by applying a capitalization rate to economic income for a single period, based on historical earnings and growth.

We utilized the capitalized cash flow method to value the Company due to the fact the Company does not prepare projections. We capitalized the Company's ongoing, sustainable debt free cash flow using an 11.45% capitalization rate, developed under a weighted average cost of capital method (see Exhibit 5). Once we determined the fair market value of the Company's invested capital, we then subtracted the interest bearing debt. Next, we applied a 15% valuation adjustment for lack of marketability. Finally, we added back non-operating assets to arrive at the fair market value of the Company's equity on a controlling, non-marketable basis. We then multiplied by the ownership interest being valued in order to arrive at the fair market value of a 77.18% ownership interest on a controlling, non-marketable basis as of the Calculation Date (see Exhibit 6).

C000617

Mr. Ronald N. Danna
Danna McKitrick, P.C.
October 7, 2016
Page 5

**Calculated Value Conclusion**

Based on our calculation as presented in Exhibit 6, which was based on procedures agreed upon as referred to above, and the facts and circumstances as of the Calculation Date, it is our opinion that the calculated value of a 77.18% ownership interest in the Company as of October 1, 2013 on a controlling, non-marketable basis, is:

TWO MILLION NINE HUNDRED EIGHTY TWO THOUSAND DOLLARS

**$2,982,000**

Distribution of this calculation report and resulting calculated value is restricted to the client for whom this calculation report was prepared. This report is not to be used with, circulated quoted or otherwise referred to in whole or in part for any other purpose, or to any other party for any purpose, without our express written consent.

Respectfully submitted,

**ANDERS MINKLER HUBER & HELM** LLP

**Appendix A**

## STATEMENT OF GENERAL ASSUMPTIONS AND LIMITING CONDITIONS

Possession of the calculation report or a copy thereof will not carry with it the right of publication. The calculation report may not be used for any other purpose in whole or in part by anyone except the client for whom the calculation report is prepared without the previous written consent of the valuation analyst. The calculation report should be utilized only in its entirety. Authorized copies of the calculation report will be signed by a representative of Anders. Copies that do not bear said signature will be unauthorized and incomplete and Anders will not bear any responsibility or liability for losses incurred by the Company, the owners, or to other parties as a result of the circulation, publication, reproduction, or other use of this calculation report contrary to the provisions of these assumptions and limiting conditions.

This calculation report was conducted under the following terms and conditions:

1.   The calculated value arrived at herein is valid only for the stated purpose as of the Calculation Date and is based upon the stated standard of value. Actual transactions for the subject interest in the marketplace may be conducted at a higher or lower value, depending upon the circumstances prevailing at that time. Anders makes no warranty or guarantee as to what value would be realized in a market transaction.

2.   This calculation report and the calculated value arrived at herein are for the exclusive use of our client for the sole and specific purposes as noted herein. The calculation report and calculated value may not be used for any other purpose or by any other party for any purpose. Furthermore, the calculation report and calculated value are not intended by the author and should not be construed by the reader to be investment advice in any manner whatsoever. The calculated value is based on information furnished by the Company and other sources.

3.   Financial statements and other related information provided by the Company or its representatives, in the course of this calculation engagement, have been accepted without any verification as fully and correctly reflecting the Company's business conditions and operating results for the respective periods, except as specifically noted herein. Anders reserves the right to make an adjustment to the calculated value herein, which may be required upon consideration of additional or more reliable data that may later come to our attention.

4    The services performed in conjunction with this calculation engagement do not constitute an audit, review or compilation of financial statements in the capacity of certified public accountants under the standards promulgated by the AICPA, nor should it be relied upon to discover errors, irregularities or illegal acts including fraud or defalcations and as a result, should not be misconstrued as such. Were Anders to perform such duties, additional information may have come to our attention, potentially affecting the calculated value stated herein.

5.   Public information and industry and statistical information have been obtained from sources Anders believes to be reliable. However, Anders makes no representation as to the accuracy or completeness of such information and has performed no procedures to corroborate the information.

**Appendix A**

STATEMENT OF GENERAL ASSUMPTIONS AND LIMITING CONDITIONS

6.  If prospective financial information approved by management has been used in our work, Anders has not audited, reviewed or compiled the prospective financial information and therefore, does not express an audit opinion or any other form of assurance on the prospective financial information or the related assumptions. Anders does not provide assurance on the achievability of any results forecasted or projected by the Company because events and circumstances frequently do not occur as expected. Any differences between actual and forecasted or projected results may be material. Achievement of the forecasted or projected results is dependent on the actions, plans and assumptions of management.

7.  The calculated value presented herein is based upon the facts and data obtained during the investigation by the valuation analyst and by those under his direct supervision. Calculated values presented are stated before any taxes relating to the transfer of any ownership interest. Anders assumes no responsibility for changes in market conditions occurring subsequent to the Calculation Date.

8.  The calculated value arrived at herein is based on the assumption that the current level of management expertise and effectiveness would continue to be maintained, and that the character and integrity of the Company through any sale, reorganization, exchange, or diminution of the owners' participation would not be materially or significantly changed.

9.  Anders agrees that we will keep confidential any and all information related to you, including any facts obtained, opinions rendered, methodologies employed, except to the extent we are required to disclose such information by law or by the order of a court of competent jurisdiction.

10.  Anders is not an environmental consultant or auditor, and it takes no responsibility for any actual or potential environmental liabilities. Any person entitled to rely on this calculation report, wishing to know whether such liabilities exist, or the scope and their effect on the value of the property, is encouraged to obtain a professional environmental assessment. Anders does not conduct or provide environmental assessments and has not performed one for the subject property.

11.  Unless otherwise stated, no effort has been made to determine the possible effect, if any, on the subject business due to future Federal, state, or local legislation, including any environmental or ecological matters or interpretations thereof.

12.  Anders is not a law firm. Issues that may have a legal impact are considered from a layperson's perspective using the reasoning expressed or implied within the report. Should such matters be material to the users of this report, proper legal counsel should be obtained. No intention was made to express opinions intended for matters requiring legal or specialized expertise, investigation, or knowledge beyond that customarily employed by valuation analysts.

13.  No change of any item in this calculation report shall be made by anyone other than Anders, and we shall have no responsibility for any such unauthorized change.

14.  Except as noted, Anders has relied on the representations of the owners, management, and other third parties concerning the value and useful condition of all equipment, real estate,

## Appendix A

### STATEMENT OF GENERAL ASSUMPTIONS AND LIMITING CONDITIONS

investments used in the business, and any other assets or liabilities, except as specifically stated to the contrary in this calculation report. Anders has not attempted to confirm whether or not all assets of the business are free and clear of liens and encumbrances or that the Company has good title to all assets.

15   Future services regarding this calculation engagement, including, but not limited to testimony or attendance in court, shall not be required of Anders unless previous arrangements have been made in writing

16   In all matters that may be potentially challenged by a Court or other party, Anders does not take responsibility for the degree of reasonableness of contrary positions that others may choose to take, nor for the costs or fees that may be incurred in the defense of our recommendations against challenges. Anders will, however, retain our supporting workpapers for your matters, and will be available to assist in defending our professional positions taken, at our then current hourly rates, plus actual expenses, and subject to a separate letter of engagement.

C000621

Appendix B

## REPRESENTATION/CERTIFICATION OF THE VALUATION ANALYST

The undersigned valuation analyst represents that,

- The valuation analyst has no past, present or contemplated future interest in the subject company. In addition, he has no personal interest or bias with respect to the parties involved.

- Data was obtained from sources believed to be reliable, all facts known to the valuation analyst which have a bearing on the values of the property have been considered, and no facts of importance have been intentionally omitted.

- The valuation analyst's compensation for this report is in no way contingent upon anything other than the delivery of this report.

- To the best of the valuation analyst's knowledge and belief, this report was performed and the conclusion reached was made in accordance with the Code of Professional Conduct and the Statement on Standards for Consulting Services No. 1 of the American Institute of Certified Public Accountants (AICPA) and was prepared in conformity with the Statement on Standards for Valuation Services No. 1 of the AICPA and the Business Valuation Standards of the National Association of Certified Valuation Analysts.

- The statements of facts contained in this report, upon which the analyses, opinion, and conclusions expressed herein are based, are to the best of the valuation analyst's knowledge and belief, true and accurate.

- The reported analyses, opinions, and conclusions are limited only by the reported assumptions and limiting conditions, and are my personal, unbiased professional analyses, opinions, and conclusions.

- The valuation analyst declares that he holds himself out to the public as a valuation analyst and performs valuations on a regular basis. The valuation analyst is qualified to make valuations of the type of interest being valued.

ANDERS MINKLER HUBER & HELM LLP

Kevin P. Summers, JD, CPA/ABV/CFF, CVA, CDFA, CEPA
Partner

C000622

## *Curriculum Vitae*

### KEVIN P. SUMMERS, JD, CPA/ABV/CFF, CVA, CDFA, CEPA

#### *POSITION:*
* Partner – Forensic & Litigation Services Group
  Anders Minkler Huber & Helm LLP
  800 Market Street, Suite 500
  St. Louis, MO 63101
  (314) 655-5547
  ksummers@anderscpa.com

#### *EDUCATION AND PROFESSIONAL LICENSURE:*
* B S., Accounting, Maryville University, St. Louis, Missouri

* J.D., Saint Louis University, St. Louis, Missouri

* Certified Public Accountant, State of Missouri (CPA)

* Licensed Attorney, State of Missouri

* Accredited in Business Valuation (ABV)

* Certified in Financial Forensics (CFF)

* Certified Valuation Analyst (CVA)

* Certified Divorce Financial Analyst (CDFA)

* Certified Exit Planning Advisor (CEPA)

#### *PROFESSIONAL SOCIETIES AND AFFILIATIONS:*
* American Institute of Certified Public Accountants
  Member – AICPA Litigation Services Task Force (2011 – 2016)

* Missouri Society of Certified Public Accountants
  Co-Chair – Forensic & Valuation Services Committee (2010 – 2012)
  Chair – Business Valuation Conference (2009 – 2014)

* National Association of Certified Valuation Analysts

* Institute for Divorce Financial Analysts

* American Bar Association

* The Missouri Bar

* St. Louis County Bar Association

- Bar Association of Metropolitan St. Louis

- Estate Planning Council of St. Louis

- American Association of Attorney-Certified Public Accountants
  President – Missouri Chapter (2014 – 2017)

- Exit Planning Institute
  Vice President (Membership) – St. Louis Chapter (2015 – 2016)

## *AWARDS AND RECOGNITIONS:*

- Saint Louis University School of Law – Academic Excellence Award in Estate Planning
  (Spring 2009)

## *PRESENTATIONS, SPEECHES & PUBLICATIONS:*

- *Expense Reimbursement Fraud: The Gateway Fraud*, MSCPA 2015 Fraud & Forensic
  Accounting Conference, MSCPA St. Louis Learning Center, St. Louis, MO

- *Getting Started in Forensics: The Divorce Case*, AICPA 2014 Forensic & Valuation
  Services Conference, Hyatt Regency, New Orleans, LA

- *Reporting Results: Forensic Accounting Engagements*, AICPA 2014 Forensic & Valuation
  Services Conference, Hyatt Regency, New Orleans, LA

- *Valuation of a Medical Practice for Divorce in Missouri: Personal v. Enterprise Goodwill*,
  St. Louis Metropolitan Medicine, December 2011 / January 2012, Volume 33, Number 6

- *Making $ense of Lost Profit Calculations*, MSCPA 2011 Forensic & Valuation Services
  Conference, Doubletree Hotel, St. Louis, MO

- *What Is Your Practice Worth In Today's ACO Marketplace? A Practice Valuation Will Tell
  You*, St. Louis Metropolitan Medicine, April / May 2011, Volume 33, Number 2 (Co-
  Authored with Jerrie Weith)

- *Marketability Discounts: Beyond Restricted Stock Studies*, MSCPA 2010 Business
  Valuation Conference, Embassy Suites Airport, St. Louis, MO

- *Do You Have What It Takes: Family Law Practice*, MSCPA 2010 Fraud & Forensics
  Conference, Embassy Suites Airport, St. Louis, MO

- *Discounts & Premiums: A Panel Discussion*, MSCPA 2009 Business Valuation
  Conference, Embassy Suites Airport, St. Louis, MO

- *Discount Rates Used In Lost Profits Cases: Landmark Cases*, MSCPA 2009 Fraud &
  Forensics Conference, Embassy Suites Airport, St. Louis, MO

C000624

EXHIBITS

C000625

EXHIBIT 1

Exhibit 1

Crown C Supply Company, Inc.
Valuation Of Value Of A 77.18% Ownership Interest
As Of October 1, 2013

Historical Balance Sheets

|  | 09/30/09 | 09/30/10 | 09/30/11 | 09/30/12 | 09/30/13 | 09/30/09 | 09/30/10 | 09/30/11 | 09/30/12 | 09/30/13 |
|---|---|---|---|---|---|---|---|---|---|---|
| ASSETS |  |  |  |  |  |  |  |  |  |  |
| Current Assets |  |  |  |  |  |  |  |  |  |  |
| Cash and Cash Equivalents |  |  |  |  |  |  |  |  |  |  |
| Accounts Receivable |  |  |  |  |  |  |  |  |  |  |
| Inventory |  |  |  |  |  |  |  |  |  |  |
| Other Current Assets |  |  |  |  |  |  |  |  |  |  |
| Prepaid Expenses |  |  |  |  |  |  |  |  |  |  |
| Deposit |  |  |  |  |  |  |  |  |  |  |
| Refundable Income Taxes |  |  |  |  |  |  |  |  |  |  |
| Cash Value of Life Insurance |  |  |  |  |  |  |  |  |  |  |
| Total Other Current Assets |  |  |  |  |  |  |  |  |  |  |
| Total Current Assets |  |  |  |  |  |  |  |  |  |  |
| Fixed Assets (Net of Depreciation) |  |  |  |  |  |  |  |  |  |  |
| Other Assets |  |  |  |  |  |  |  |  |  |  |
| TOTAL ASSETS |  |  |  |  |  |  |  |  |  |  |
| LIABILITIES & SHAREHOLDERS' EQUITY |  |  |  |  |  |  |  |  |  |  |
| Current Liabilities |  |  |  |  |  |  |  |  |  |  |
| Long-Term Debt - Current |  |  |  |  |  |  |  |  |  |  |
| Accounts Payable |  |  |  |  |  |  |  |  |  |  |
| Other Current Liabilities |  |  |  |  |  |  |  |  |  |  |
| Accrued Profit Sharing |  |  |  |  |  |  |  |  |  |  |
| Payroll & Sales Tax Payable |  |  |  |  |  |  |  |  |  |  |
| Accrued Wages |  |  |  |  |  |  |  |  |  |  |
| Accrued Expenses |  |  |  |  |  |  |  |  |  |  |
| Accrued Distributions |  |  |  |  |  |  |  |  |  |  |
| Total Other Current Liabilities |  |  |  |  |  |  |  |  |  |  |
| Total Current Liabilities |  |  |  |  |  |  |  |  |  |  |
| Long-Term Liabilities |  |  |  |  |  |  |  |  |  |  |
| Total Liabilities |  |  |  |  |  |  |  |  |  |  |
| Shareholders' Equity |  |  |  |  |  |  |  |  |  |  |
| Capital Stock |  |  |  |  |  |  |  |  |  |  |
| Retained Earnings |  |  |  |  |  |  |  |  |  |  |
| Total Shareholders' Equity |  |  |  |  |  |  |  |  |  |  |
| TOTAL LIABILITIES & SHAREHOLDERS' EQUITY |  |  |  |  |  |  |  |  |  |  |
| Net Working Capital |  |  |  |  |  |  |  |  |  |  |
| % of Revenue |  |  |  |  |  |  |  |  |  |  |

C000627

EXHIBIT 2

C000628

Crown C Supply Company, Inc.
Calculation Of Value Of A 77.18% Ownership Interest
As Of October 1, 2013

Exhibit 2

Historical Income Statements

| | 09/30/09 | 09/30/10 | 09/30/11 | 09/30/12 | 09/30/13 | 09/30/09 | 09/30/10 | 09/30/11 | 09/30/12 | 09/30/13 |
|---|---|---|---|---|---|---|---|---|---|---|
| Revenues | $ 26,497,211 | $ 22,105,000 | $ 29,674,906 | $ 37,896,346 | $ 52,062,062 | 100.0% | 100.0% | 100.0% | 100.0% | 100.0% |
| Less Cost of Goods Sold | 21,184,103 | 17,816,750 | 23,045,124 | 30,446,294 | 26,213,051 | 80.0% | 80.8% | 81.0% | 80.4% | 61.7% |
| Gross Profit | 5,291,108 | 4,248,273 | 5,525,782 | 7,437,052 | 6,347,901 | 20.0% | 19.2% | 19.0% | 19.6% | 19.3% |
| | | | | | | | | | | |
| Operating Expenses | | | | | | | | | | |
| Compensation of Officers | 449,022 | 140,472 | 582,622 | 940,600 | 587,328 | 1.7% | 0.6% | 2.0% | 2.5% | 1.8% |
| Salaries and Wages | 2,182,854 | 2,023,367 | 2,118,827 | 2,486,335 | 2,378,309 | 8.2% | 9.1% | 7.3% | 6.6% | 7.2% |
| Repairs and Maintenance | 34,230 | 18,756 | 48,085 | 115,296 | 44,608 | 0.1% | 0.1% | 0.2% | 0.3% | 0.1% |
| Bad Debts | 224,858 | 174,988 | 181,757 | 350,501 | 157,411 | 0.8% | 0.8% | 0.6% | 0.9% | 0.5% |
| Rents | 383,424 | 385,459 | 368,424 | 368,424 | 368,424 | 1.4% | 1.7% | 1.3% | 1.0% | 1.1% |
| Taxes and Licenses | 295,879 | 273,930 | 285,783 | 333,921 | 315,712 | 1.1% | 1.2% | 1.0% | 0.9% | 1.0% |
| Interest Expense | 88,828 | 55,877 | 66,953 | 75,300 | 54,842 | 0.3% | 0.3% | 0.3% | 0.2% | 0.2% |
| Depreciation | 84,577 | 75,574 | 70,625 | 123,005 | 284,086 | 0.3% | 0.2% | 0.2% | 0.3% | 0.9% |
| Advertising | 26,735 | 63,238 | 50,233 | 52,788 | 39,786 | 0.1% | 0.3% | 0.2% | 0.1% | 0.1% |
| Pension/Profit-Sharing | 86,072 | 11,879 | 80,502 | 177,278 | 113,784 | 0.3% | 0.1% | 0.3% | 0.5% | 0.2% |
| Other Operating Expenses | | | | | | | | | | |
| Travel, Meals & Entertainment | 119,398 | 113,899 | 77,143 | 140,478 | 124,093 | 0.5% | 0.5% | 0.3% | 0.4% | 0.4% |
| Collection Expense | 51,541 | 61,351 | 58,148 | 61,611 | 128,345 | 0.2% | 0.3% | 0.2% | 0.2% | 0.4% |
| Computer Support | 8,300 | 10,977 | 23,091 | 50,695 | 25,312 | 0.0% | 0.0% | 0.1% | 0.1% | 0.1% |
| Dues & Subscriptions | 54,754 | 53,564 | 50,343 | 60,452 | 75,810 | 0.2% | 0.3% | 0.2% | 0.2% | 0.2% |
| Education Expense | 17,631 | 7,077 | 15,073 | 3,438 | 18,879 | 0.1% | 0.0% | 0.1% | 0.0% | 0.1% |
| Equipment Rental | 51,580 | 47,796 | 52,707 | 78,808 | 62,597 | 0.2% | 0.2% | 0.2% | 0.2% | 0.2% |
| Freight Out | 4,423 | 2,056 | 1,921 | 2,690 | 2,329 | 0.0% | 0.0% | 0.0% | 0.0% | 0.0% |
| Gas & Oil | 136,124 | 154,307 | 167,117 | 228,874 | 220,052 | 0.5% | 0.7% | 0.6% | 0.6% | 0.7% |
| Insurance | 314,613 | 152,454 | 221,559 | 242,006 | 204,055 | 1.2% | 0.7% | 0.8% | 0.6% | 0.6% |
| Miscellaneous | 101,806 | 146,465 | 120,056 | 112,245 | 109,019 | 0.4% | 0.7% | 0.4% | 0.3% | 0.3% |
| Office Supplies | 57,656 | 39,441 | 33,431 | 34,320 | 29,638 | 0.2% | 0.2% | 0.1% | 0.1% | 0.1% |
| Outside Services | 82,687 | 54,823 | 49,332 | 71,262 | 67,997 | 0.3% | 0.2% | 0.2% | 0.2% | 0.2% |
| Professional Fees | 63,277 | 59,760 | 44,573 | 45,507 | 39,980 | 0.2% | 0.3% | 0.2% | 0.1% | 0.1% |
| Paycor Expense | 26,170 | 38,131 | 44,151 | 52,408 | 65,171 | 0.1% | 0.2% | 0.2% | 0.1% | 0.2% |
| Property Damage | 9,591 | 18,240 | 37,588 | 66,966 | 21,027 | 0.0% | 0.1% | 0.1% | 0.2% | 0.1% |
| Telephone | 58,847 | 33,854 | 38,098 | 30,225 | 30,796 | 0.2% | 0.2% | 0.1% | 0.1% | 0.1% |
| Utilities | 21,412 | 15,588 | 22,764 | 24,847 | 25,626 | 0.1% | 0.1% | 0.1% | 0.1% | 0.1% |
| Vehicle Expense | 216,330 | 205,552 | 205,066 | 325,037 | 390,107 | 0.8% | 0.9% | 0.7% | 0.9% | 0.9% |
| Cane Charges | 572 | | | | 185 | 0.0% | 0.0% | 0.0% | 0.0% | 0.0% |
| Personnel Expense | | 874 | | | | 0.0% | 0.0% | 0.0% | 0.0% | 0.0% |
| Total Other Operating Expenses | 1,316,693 | 1,265,503 | 1,303,603 | 1,615,609 | 1,660,118 | 5.0% | 5.7% | 4.5% | 4.3% | 5.1% |

C000629

Exhibit 2

Crown C Supply Company, Inc.
Conclusion Of Value Of A.T.T. 18% Ownership Interest
As Of October 1, 2013

Historical Income Statements

| | 09/30/09 | 09/30/10 | 06/30/11 | 09/30/12 | 09/30/13 | 09/30/09 | 09/30/10 | 09/30/11 | 09/30/12 | 09/30/13 |
|---|---|---|---|---|---|---|---|---|---|---|
| Total Operating Expenses | 5,129,175 | 4,465,051 | 6,194,744 | 9,852,929 | 9,035,360 | 19.3% | 20.1% | 17.8% | 17.8% | 18.3% |
| Income From Operations | 167,523 | (217,018) | 045,036 | 764,413 | 12,541 | 0.6% | -1.0% | 1.2% | 2.1% | 0.0% |
| Other Income / (Expense) | | | | | | | | | | |
| (Loss)/Gain on Disposition of Equipment | 1,905 | 1,905 | | | 22,520 | 0.0% | 0.0% | 0.0% | 0.0% | 0.1% |
| Freight Charges and Other Miscellaneous Income | 284,539 | 195,418 | 376,231 | 558,765 | 334,628 | 1.1% | 0.9% | 1.3% | 1.5% | 0.6% |
| Interest Income | | | | | 6,866 | 0.0% | 0.0% | 0.0% | 0.0% | 0.0% |
| Charitable Contributions | (6,415) | (13,317) | (13,655) | (11,651) | (6,530) | 0.0% | -0.1% | 0.0% | 0.0% | 0.0% |
| Political Contributions | (1,000) | | | | | 0.0% | 0.0% | 0.0% | 0.0% | 0.0% |
| Fuel Tax Credit | (1,033) | 1600) | (881) | (3,242) | | 0.0% | 0.0% | 0.0% | 0.0% | 0.0% |
| Fines and Penalties | (355) | (250) | (125) | (945) | (650) | 0.0% | 0.0% | 0.0% | 0.0% | 0.0% |
| Corporate Owned Life Insurance Premiums | (170,490) | (134,720) | (169,070) | (145,875) | (125,520) | -0.6% | -0.6% | -0.8% | -0.4% | -0.4% |
| Total Other Income | 107,728 | 48,231 | 177,400 | 396,591 | 201,314 | 0.4% | 0.2% | 0.6% | 1.0% | 0.4% |
| Net Income | 275,656 | (168,787) | 522,436 | 1,181,064 | 213,905 | 1.0% | -0.8% | 1.8% | 3.1% | 0.8% |

C000630

Exhibit 2

Crown C Supply Company, Inc.
Calculation Of Value Of A 77.18% Ownership Interest
As Of October 1, 2013

## Historical Income Statements

| | 09/30/09 | 09/30/10 | 09/30/11 | 09/30/12 | 09/30/13 | 5-Year Avg | 09/30/09 | 09/30/10 | 09/30/11 | 09/30/12 | 09/30/13 |
|---|---|---|---|---|---|---|---|---|---|---|---|
| **EBITDA** | | | | | | | | | | | |
| Net Income | $ 273,956 | $ (168,787) | $ 522,493 | $ 1,181,094 | $ 212,905 | $ 404,726 | | | | | |
| Add: | | | | | | | | | | | |
| Interest Expense | 64,822 | 55,871 | 86,663 | 75,336 | 84,842 | 73,352 | | | | | |
| Income Taxes | - | - | - | - | - | - | | | | | |
| Depreciation & Amortization Expense | 81,577 | 75,974 | 70,825 | 123,005 | 284,086 | 127,523 | | | | | |
| EBITDA | $ 420,064 | $ (37,242) | $ 680,216 | $ 1,379,368 | $ 662,533 | $ 602,788 | | | | | |

| Growth Rates | 09/30/09 | 09/30/10 | 09/30/11 | 09/30/12 | 09/30/13 | 4-Yr CAGR 2009 - 2013 | | | | | |
|---|---|---|---|---|---|---|---|---|---|---|---|
| Revenue | | -16.39% | 31.17% | 32.31% | -13.10% | 5.65% | | | | | |
| Gross Profit | | -19.71% | 32.17% | 34.49% | -16.68% | 3.40% | | | | | |
| Income From Operations | | -225.23% | -259.80% | 127.24% | -98.10% | 47.72% | | | | | |
| Net Income | | -161.61% | -409.53% | 126.07% | -81.91% | -6.18% | | | | | |
| EBITDA | | -108.68% | -1926.48% | 102.78% | -59.22% | 7.01% | | | | | |

| Supplemental Cash Flow Data | 09/30/09 | 09/30/10 | 09/30/11 | 09/30/12 | 09/30/13 | 5-Year Avg | | | | | |
|---|---|---|---|---|---|---|---|---|---|---|---|
| Capital Expenditures | $ 22,767 | $ 57,014 | $ - | $ 526,467 | $ 521,848 | $ 225,619 | | | | | |
| Depreciation & Amortization | $ 81,577 | $ 75,974 | $ 70,825 | $ 123,005 | $ 284,086 | $ 127,093 | | | | | |
| Distributions | $ 340,000 | $ - | $ - | $ 420,000 | $ 480,000 | $ 328,000 | | | | | |
| Compensation of Officers (Per Form 1120S) | $ 443,020 | $ 140,472 | $ 560,892 | $ 940,000 | $ 587,966 | $ 538,069 | | | | | |

C000631

EXHIBIT 3

C000632

Crown C Supply Company, Inc.
Calculation Of Value Of A 77.78% Ownership Interest
As Of October 1, 2013

Exhibit 3

Ratio Analysis

| | Crown C Supply Company, Inc. | | | | | Industry | | | | |
|---|---|---|---|---|---|---|---|---|---|---|
| | 06/30/09 | 06/30/10 | 06/30/11 | 06/30/12 | 06/30/13 | 2009 | 2010 | 2011 | 2012 | 2013 |
| **Assets** | | | | | | | | | | |
| Cash & Equivalents | 5.9% | 4.2% | 3.2% | 5.4% | 2.5% | 9.4% | 8.8% | 8.7% | 8.9% | 7.9% |
| Trade Receivables (Net) | 50.5% | 46.6% | 46.3% | 41.4% | 42.0% | 32.5% | 34.9% | 35.5% | 34.1% | 32.5% |
| Inventory | 34.1% | 37.5% | 43.2% | 41.8% | 37.9% | 33.1% | 33.8% | 34.1% | 34.9% | 37.3% |
| All Other Current | 7.1% | 9.0% | 5.4% | 7.5% | 16.2% | 2.8% | 3.0% | 2.3% | 3.2% | 2.8% |
| Total Current | 97.6% | 97.4% | 98.9% | 96.1% | 92.6% | 77.8% | 80.5% | 78.6% | 78.9% | 80.2% |
| Fixed Assets (Net) | 2.4% | 2.6% | 1.1% | 3.9% | 7.4% | 11.5% | 11.4% | 10.6% | 11.7% | 12.0% |
| Intangibles (Net) | 0.0% | 0.0% | 0.0% | 0.0% | 0.0% | 5.4% | 3.6% | 5.6% | 5.0% | 4.7% |
| All Other Non-Current | 0.0% | 0.0% | 0.0% | 0.0% | 0.0% | 5.3% | 4.5% | 5.2% | 4.7% | 3.1% |
| Total Assets | 100.0% | 100.0% | 100.0% | 100.0% | 100.0% | 100.0% | 100.0% | 100.0% | 100.0% | 100.0% |
| **Liabilities & Net Worth** | | | | | | | | | | |
| Notes Payable - Short Term | 0.0% | 0.0% | 0.0% | 0.0% | 0.0% | 10.4% | 12.7% | 9.9% | 13.5% | 14.9% |
| Cur. Mat. - L.T.D | 16.4% | 20.5% | 29.2% | 27.5% | 29.3% | 2.2% | 2.2% | 0.9% | 1.7% | 2.1% |
| Trade Payables | 44.8% | 32.6% | 50.1% | 34.3% | 34.2% | 21.8% | 20.4% | 22.8% | 22.2% | 22.0% |
| Income Taxes Payable | 0.0% | 0.0% | 0.0% | 0.0% | 0.0% | 0.1% | 0.0% | 0.1% | 0.4% | 0.0% |
| All Other Current | 6.0% | 0.2% | 7.8% | 12.6% | 6.1% | 8.2% | 7.3% | 9.2% | 8.3% | 7.1% |
| Total Current | 67.3% | 53.4% | 76.1% | 74.5% | 63.6% | 42.7% | 42.6% | 42.9% | 45.1% | 47.1% |
| Long Term Debt | 0.0% | 0.0% | 0.0% | 2.1% | 4.5% | 9.2% | 7.7% | 10.5% | 9.3% | 8.4% |
| Deferred Taxes | 0.0% | 0.0% | 0.0% | 0.0% | 0.0% | 0.2% | 0.1% | 0.5% | 0.3% | 0.6% |
| All Other Non-Current | 0.0% | 0.0% | 0.0% | 0.0% | 0.0% | 5.4% | 2.2% | 3.1% | 2.3% | 3.5% |
| Total Liabilities | 67.3% | 53.2% | 76.1% | 76.6% | 68.1% | 57.5% | 52.6% | 57.0% | 58.9% | 58.5% |
| Net Worth | 32.7% | 36.7% | 23.9% | 23.4% | 31.9% | 43.2% | 47.6% | 43.0% | 41.6% | 43.5% |
| Total Liabilities & Net Worth | 100.0% | 100.0% | 100.0% | 100.0% | 100.0% | 100.0% | 100.0% | 100.0% | 100.0% | 100.0% |
| **Income Statement:** | | | | | | | | | | |
| Net Sales | 100.0% | 100.0% | 100.0% | 100.0% | 100.0% | 100.0% | 100.0% | 100.0% | 100.0% | 100.0% |
| Cost of Goods Sold | 80.0% | 60.6% | 83.0% | 83.4% | 81.7% | 74.4% | 75.9% | 76.1% | 76.6% | 77.2% |
| Gross Profit | 20.0% | 19.2% | 17.0% | 16.6% | 18.3% | 25.6% | 24.1% | 23.9% | 23.2% | 22.7% |
| Operating Expenses | 19.5% | 20.1% | 17.5% | 17.6% | 15.3% | 23.2% | 21.9% | 20.2% | 19.8% | 20.2% |
| Operating Profit | 0.6% | -1.0% | 1.2% | 2.1% | 0.9% | 2.4% | 2.2% | 3.7% | 3.4% | 2.4% |
| All Other Income/(Expenses) (Net) | 0.4% | 0.2% | 0.6% | 1.0% | 0.6% | 0.2% | 0.0% | 0.1% | -0.1% | 0.0% |
| Profit Before Taxes | 1.0% | -0.8% | 1.8% | 3.1% | 0.6% | 2.4% | 2.2% | 3.8% | 3.3% | 2.4% |

Crown C Supply Company, Inc.
Calculation Of Value Of A 77.18% Ownership Interest
As Of October 1, 2013

Exhibit 2

Ratio Analysis

| | Crown C Supply Company, Inc. | | | | | Industry | | | | |
|---|---|---|---|---|---|---|---|---|---|---|
| | 09/30/09 | 09/30/10 | 09/30/11 | 08/30/12 | 09/30/13 | 2009 | 2010 | 2011 | 2012 | 2013 |
| **Liquidity Ratios** | | | | | | | | | | |
| Current | 1.6 | 1.5 | 1.3 | 1.3 | 1.5 | 1.6 | 2.1 | 1.8 | 1.6 | 1.7 |
| Quick | 0.8 | 0.8 | 0.7 | 0.6 | 0.7 | 0.8 | 1.0 | 1.0 | 0.9 | 0.8 |
| Sales / Receivables | 5.7 | 6.2 | 5.0 | 6.7 | 7.5 | 9.0 | 10.2 | 7.0 | 8.2 | 8.6 |
| Days' Receivables | 63.0 | 59.2 | 72.4 | 54.6 | 49.0 | 40.0 | 36.0 | 49.0 | 45.0 | 41.0 |
| Cost of Sales / Inventory | 6.6 | 6.2 | 4.4 | 5.3 | 6.8 | 6.9 | 6.5 | 6.1 | 6.8 | 5.5 |
| Days Inventory | 53.0 | 59.2 | 82.5 | 69.0 | 54.1 | 53.0 | 56.0 | 60.0 | 54.0 | 62.0 |
| Cost of Sales / Payables | 5.1 | 7.1 | 4.9 | 5.5 | 7.5 | 9.8 | 12.0 | 11.2 | 11.4 | 9.2 |
| Days' Payables | 71.0 | 51.3 | 74.7 | 56.8 | 49.8 | 37.0 | 31.0 | 33.0 | 32.0 | 39.0 |
| Sales / Working Capital | 6.6 | 8.4 | 10.4 | 12.8 | 10.8 | 9.3 | 9.3 | 7.6 | 10.5 | 9.0 |
| **Coverage Ratios** | | | | | | | | | | |
| EBIT / Interest | 5.0 | (2.0) | 7.0 | 16.7 | 4.3 | 5.2 | 6.1 | 10.8 | 12.1 | 7.0 |
| Net Profit + Depr., Depr., Amort. / Cur. Mat. L/T/D | 3.2 | (0.6) | 0.2 | 0.3 | 0.2 | 4.3 | | 5.8 | 4.3 | 2.6 |
| **Leverage Ratios** | | | | | | | | | | |
| Fixed / Worth | 0.1 | 0.1 | 0.0 | 0.2 | 0.2 | 0.3 | 0.2 | 0.3 | 0.3 | 0.3 |
| Debt / Worth | 2.1 | 1.7 | 3.2 | 3.3 | 2.1 | 1.6 | 1.4 | 1.5 | 1.7 | 1.6 |
| **Operating Ratios** | | | | | | | | | | |
| % Profit Before Taxes / Tangible Net Worth | 8.2% | -6.0% | 17.8% | 26.7% | 6.4% | 13.6% | 17.4% | 22.8% | 27.0% | 18.1% |
| % Profit Before Taxes / Total Assets | 3.0% | -2.2% | 4.2% | 8.6% | 2.0% | 3.1% | 4.3% | 5.4% | 5.9% | 7.6% |
| Sales / Net Fixed Assets | 118.8 | 108.5 | 217.9 | 75.0 | 42.5 | 34.6 | 40.8 | 29.2 | 30.0 | 23.6 |
| Sales / Total Assets | 2.9 | 2.9 | 2.4 | 2.8 | 3.1 | 2.8 | 3.2 | 2.8 | 2.8 | 2.7 |
| **Expense To-Sales Ratios** | | | | | | | | | | |
| % Depr., Dep., Amort. / Sales | 0.32% | 0.34% | 0.24% | 0.32% | 0.99% | 0.70% | 0.60% | 0.00% | 0.70% | 0.70% |
| % Officers, Directors, Owners Comp / Sales | 1.66% | 0.53% | 2.20% | 2.48% | 1.76% | 1.90% | 1.00% | 2.90% | 3.90% | 2.40% |

Note 1 - Industry data as reported from RMA (2010-2014) for NAICS Code 423330 (Wholesale - Roofing, Siding, and Insulation Material Merchant Wholesalers (Sales $25 Million & Over (51C-$25 Million For FYE 09/30/10))

Note 2 - Ratios were not calculated if industry data is blank.

C000634

EXHIBIT 4

C000635

Crown C Supply Company, Inc.

Calculation Of Value Of A 77.18% Ownership Interest

As Of October 1, 2013

Exhibit 4

## Adjusted EBIT

| | 09/30/09 | 09/30/10 | 09/30/11 | 09/30/12 | 09/30/13 |
|---|---|---|---|---|---|
| Net Income | $ 275,659 | $ (168,787) | $ 522,438 | $ 1,181,064 | $ 213,605 |
| Add: Interest Expense | 68,828 | 55,871 | 86,953 | 75,300 | 64,842 |
| EBIT | 344,487 | (112,916) | 609,391 | 1,256,364 | 278,447 |
| Add: Normalizing Adjustments | | | | | |
| (1) Charitable Contributions | 6,435 | 13,317 | 13,555 | 11,951 | 6,530 |
| (2) Political Contributions | 300 | – | – | – | – |
| (3) Gain/(Loss) on Disposition of Equipment | (1,900) | (1,900) | – | – | (22,500) |
| (4) Interest Income | – | – | – | – | (6,666) |
| (5) Corporate Owned Life Insurance Premiums | 170,490 | 134,720 | 186,070 | 146,975 | 125,550 |
| (6) Fines and Penalties | 555 | 250 | 125 | 945 | 650 |
| (7) Excess Rent | 151,130 | 151,195 | 151,130 | 151,130 | 151,130 |
| Adjusted EBIT | $ 671,497 | $ 184,666 | $ 960,371 | $ 1,566,365 | $ 533,141 |

## Footnotes:

(1) - Normalizing adjustment - remove charitable contributions

(2) - Normalizing adjustment - remove political contributions

(3) - Normalizing adjustment - remove gain/loss on disposition of equipment

(4) - Normalizing adjustment - remove interest income

(5) - Normalizing adjustment - remove insurance premiums on corporate owned life insurance

(6) - Normalizing adjustment - remove fines and penalties

(7) - Normalizing adjustment - remove rent in excess of $217,294 per year

EXHIBIT 5

C000637

Exhibit 5

Crown C Supply Company, Inc.
Calculation Of Value Of A 77.18% Ownership Interest
As Of October 1, 2013

**WACC Worksheet**

**Cost of Debt:**

| | |
|---|---|
| Borrowing Rate [1] | 3.10% |
| Multiply By 1 - Tax Rate (Assumed 0%) | x   100.0% |
| Cost of Debt | 3.10% |

**Cost of Equity:** [2]

| | |
|---|---|
| Risk Free Rate | 3.43% |
| Equity Risk Premium | 6.70% |
| Size Premium | 6.03% |
| Specific Company Risk Premium | 6.00% |
| Cost of Equity | 22.16% |

**Weighted Average Cost of Capital**

| | Rate | Weight [3] | |
|---|---|---|---|
| Cost of Debt | 3.10% | 43.1% | 1.34% |
| Cost of Equity | 22.16% | 56.9% | + 12.61% |
| WACC | | | 13.95% |
| Less: Sustainable Growth Rate | | | - 2.50% |
| Capitalization Rate | | | 11.45% |

**Footnotes:**

(1) Company's weighted-average borrowing rate as of October 1, 2013.

(2) Risk free rate as of October 1, 2013. Equity risk premium and size premium obtained from 2013 Ibbotson SBBI Valuation Yearbook.

(3) Weightings calculated using actual fair market value of debt and equity (see Exhibit 6).

EXHIBIT 6

EXHIBIT 3

EXHIBIT 1

C000639

Exhibit 6

## Crown C Supply Company, Inc.
Calculation Of Value Of A 77.18% Ownership Interest
As Of October 1, 2013

### Income Approach - Capitalized Cash Flow Method

|  | 09/30/09 | 09/30/10 | 09/30/11 | 09/30/12 | 09/30/13 |
|---|---|---|---|---|---|
| Adjusted EBIT | $ 671,497 | $ 141,666 | $ 990,371 | $ 1,566,365 | $ 533,141 |
| Weight | 1 | 1 | 1 | 1 | 1 |
| Weighted Adjusted EBIT | $ 671,497 | $ 141,666 | $ 990,371 | $ 1,566,365 | $ 533,141 |
|  | ^ | ^ | ^ | ^ | ^ |

| | |
|---|---|
| Sum Of Weighted Adjusted EBIT | Sum "A" $ 3,919,040 |
| Divide By: Sum Of Weights | 5 |

| | |
|---|---|
| Weighted Average Adjusted EBIT | 783,808 |
| Multiply By: 1 Plus Sustainable Growth Rate | 102.50% |

| | |
|---|---|
| Subtotal | 803,398 |
| Less: Fed & Cmbd Income Taxes (Assumed 0%) | - |

| | |
|---|---|
| Subtotal | 803,398 |
| Cash Flow Adjustments: | |
| Add: 5-Year Average Depreciation Expense | 137,633 |
| Less: Capital Expenditures (Assumed Capital Expenditures Equals Depreciation Expense Going Forward) | (137,633) |
| Less: Increase In Net Working Capital (Equal At September 30, 2013 x Sustainable Growth Rate) | (78,464) |

| | |
|---|---|
| Ongoing Sustainable Debt Free Cash Flow | 725,304 |
| Divide By: Capitalization Rate (See Exhibit 5) | 11.45% |

| | |
|---|---|
| Value Of Invested Capital As Of October 1, 2013 | 6,342,066 |
| Less: Fair Market Value Of Debt As Of October 1, 2013 | 2,928,259 |

| | |
|---|---|
| Subtotal | 3,413,807 |
| Less: Valuation Adjustment For Lack Of Marketability At 15% | 512,085 |

| | |
|---|---|
| Subtotal | 2,901,821 |
| Add: Cash Value Of Life Insurance As Of October 1, 2013 (Thomas Connelly) | 458,980 |
| Add: Life Insurance Proceeds Received By Company (Michael Connelly) | 503,915 |

| | |
|---|---|
| Fair Market Value Of Equity On A Controlling, Non-Marketable Basis As Of October 1, 2013 | 3,863,819 |
| Multiply By: Ownership Interest Being Valued | 77.18% |

| | |
|---|---|
| Fair Market Value Of A 77.18% Ownership Interest On A Controlling, Non-Marketable Basis As Of October 1, 2013 | $ 2,521,098 |

| | |
|---|---|
| Fair Market Value Of A 77.18% Ownership Interest On A Controlling, Non-Marketable Basis As Of October 1, 2013 (Rounded) | $ 2,521,000 |

C000640