**Exhibit**

S

# CROWN C SUPPLY COMPANY, INC. AND SUBSIDIARY
CONSOLIDATED FINANCIAL STATEMENTS
SEPTEMBER 30, 2013



ANDERS  436

## Contents

Page

Independent Accountants' Review Report ........................................1

**Financial Statements**

Consolidated Balance Sheet ....................................................................2

Consolidated Statement Of Income .......................................................3

Consolidated Statement Of Stockholders' Equity ...............................4

Consolidated Statement Of Cash Flows ...............................................5

Notes To Consolidated Financial Statements .............................. 6 - 13

ANDERS  437

ANDERS  438



RubinBrown LLP
Certified Public Accountants
& Business Consultants

One North Brentwood
Saint Louis, MO 63105

T 314.290.3300
F 314.290.3400

W rubinbrown.com
E info@rubinbrown.com

## Independent Accountants' Review Report

Board of Directors
Crown C Supply Company, Inc.
St. Louis, Missouri

We have reviewed the accompanying consolidated balance sheet of Crown C Supply Company, Inc., an S Corporation, and subsidiary (collectively, the Company) as of September 30, 2013 and 2012, and the related consolidated statements of income, stockholders' equity and cash flows for the years then ended. A review is substantially less in scope than an audit, the objective of which is the expression of an opinion regarding the consolidated financial statements as a whole. Accordingly, we do not express such an opinion.

Management is responsible for the preparation and fair presentation of the consolidated financial statements in accordance with accounting principles generally accepted in the United States of America and for designing, implementing, and maintaining internal control relevant to the preparation and fair presentation of the consolidated financial statements.

Our responsibility is to conduct the reviews in accordance with Statements on Standards for Accounting and Review Services issued by the American Institute of Certified Public Accountants. Those standards require us to perform procedures to obtain limited assurance that there are no material modifications that should be made to the consolidated financial statements. We believe that the results of our procedures provide a reasonable basis for our report.

Based on our reviews, we are not aware of any material modifications that should be made to the accompanying consolidated financial statements in order for them to be in conformity with accounting principles generally accepted in the United States of America.

*RubinBrown LLP*

December 27, 2013



BAKER TILLY
INTERNATIONAL

ANDERS   439

# CROWN C SUPPLY COMPANY, INC. AND SUBSIDIARY

## CONSOLIDATED BALANCE SHEET

### Assets

| | September 30, | |
| --- | --- | --- |
| | 2013 | 2012 |
| **Current Assets** | | |
| Cash | $ 282,289 | $ 766,307 |
| Accounts receivable (less allowance for doubtful accounts of $119,195 in 2013 and $69,195 in 2012 - Note 5) | 4,421,090 | 5,692,800 |
| Inventory (Note 5) | 3,985,972 | 5,753,006 |
| Prepaid expenses | 67,709 | 62,106 |
| Income tax deposit | 143,672 | 101,173 |
| Total Current Assets | 8,900,732 | 12,375,392 |
| **Property And Equipment (Notes 3 And 6)** | 1,587,503 | 1,371,414 |
| **Other Assets (Note 4)** | 859,520 | 867,923 |
| | $ 11,347,755 | $ 14,614,729 |

### Liabilities And Stockholders' Equity

| | 2013 | 2012 |
| --- | --- | --- |
| **Current Liabilities** | | |
| Notes payable (Note 5) | $ 2,300,000 | $ 3,800,000 |
| Current maturities of long-term debt (Note 6) | 269,745 | 107,284 |
| Accounts payable | 3,595,190 | 4,646,721 |
| Accrued expenses | 84,851 | 102,435 |
| Accrued salaries and bonuses | 147,471 | 274,225 |
| Accrued profit sharing plan contribution (Note 7) | 100,000 | 165,000 |
| Accrued distributions | 80,000 | 900,000 |
| Payroll withholdings and sales tax payable | 232,381 | 296,017 |
| Total Current Liabilities | 6,809,638 | 10,291,682 |
| **Long-Term Debt (Note 6)** | 785,597 | 781,318 |
| Total Liabilities | 7,595,235 | 11,073,000 |
| **Stockholders' Equity** | | |
| Common stock: | | |
| Authorized 30,000 shares of $1 par value; | | |
| 500 shares issued and outstanding | 500 | 500 |
| Retained earnings | 3,350,989 | 3,217,384 |
| Total Stockholders' Equity - Crown C Supply Company | 3,351,489 | 3,217,884 |
| Noncontrolling Interest In Subsidiary | 401,031 | 323,845 |
| Total Stockholders' Equity | 3,752,520 | 3,541,729 |
| | $ 11,347,755 | $ 14,614,729 |

See the accompanying review report and notes to consolidated financial statements.

ANDERS  440

# CROWN C SUPPLY COMPANY, INC. AND SUBSIDIARY

## CONSOLIDATED STATEMENT OF INCOME

| | | For The Years Ended September 30, | | | |
| --- | --- | --- | --- | --- | --- |
| | | 2013 | | 2012 | |
| | | Amount | % | Amount | % |
| Net Sales | $ | 33,196,821 | 100.0 | $ 38,168,930 | 100.0 |
| Cost Of Sales | | 26,913,061 | 81.1 | 30,449,294 | 79.8 |
| Gross Profit | | 6,283,760 | 18.9 | 7,719,636 | 20.2 |
| Operating Expenses | | 5,867,290 | 17.7 | 6,436,760 | 16.9 |
| Income From Operations | | 416,470 | 1.2 | 1,282,876 | 3.3 |
| Other Expense - Net (Note 8) | | (104,679) | (0.3) | (11,027) | — |
| Net Income | | 311,791 | 0.9 | 1,271,849 | 3.3 |
| Net Income Attributable To Noncontrolling Interest In Subsidiary | | 98,186 | 0.3 | 90,785 | 0.2 |
| Net Income Attributable To Crown C Supply Company, Inc. | $ | 213,605 | 0.6 | $ 1,181,064 | 3.1 |

ANDERS  441

## CROWN C SUPPLY COMPANY, INC. AND SUBSIDIARY

### CONSOLIDATED STATEMENT OF STOCKHOLDERS' EQUITY
For The Years Ended September 30, 2013 And 2012

| | Crown C Supply Company, Inc. | | | | | |
| | Common Stock | | Retained Earnings | Total Stockholders' Equity | Non-Controlling Interest In Subsidiary | Total Stockholders' Equity |
| | Shares | Amount | | | | |
|---|---|---|---|---|---|---|
| Balance - October 1, 2011 | 500 | $ 500 | $ 2,936,320 | $ 2,936,820 | $ 233,060 | $ 3,169,880 |
| Net Income | — | — | 1,181,064 | 1,181,064 | 90,785 | 1,271,849 |
| Distributions | — | — | (900,000) | (900,000) | — | (900,000) |
| Balance - September 30, 2012 | 500 | 500 | 3,217,384 | 3,217,884 | 323,845 | 3,541,729 |
| Net Income | — | — | 213,605 | 213,605 | 98,186 | 311,791 |
| Distributions | — | — | (80,000) | (80,000) | (21,000) | (101,000) |
| Balance - September 30, 2013 | 500 | $ 500 | $ 3,350,989 | $ 3,351,489 | $ 401,031 | $ 3,752,520 |

See the accompanying review report and notes to consolidated financial statements.

Page 4

ANDERS   442

## CROWN C SUPPLY COMPANY, INC. AND SUBSIDIARY

### CONSOLIDATED STATEMENT OF CASH FLOWS

|  | For The Years Ended September 30, | |
| --- | --- | --- |
|  | 2013 | 2012 |
| **Cash Flows From Operating Activities** |  |  |
| Net income | $ 311,791 | $ 1,271,849 |
| Adjustments to reconcile net income to net cash provided by operating activities: |  |  |
| Depreciation and amortization | 303,759 | 144,677 |
| Gain on sale of equipment | (22,500) | — |
| Increase in cash surrender value in excess of premiums paid on life insurance | — | (78,299) |
| Changes in assets and liabilities: |  |  |
| Decrease in accounts receivable | 1,271,710 | 76,298 |
| (Increase) decrease in inventory | 1,767,034 | (434,380) |
| (Increase) decrease in prepaid expenses | (5,603) | 5,755 |
| Increase in deposits | (25,799) | (101,173) |
| Increase (decrease) in accounts payable, accrued expenses, accrued salaries and bonuses and accrued profit sharing plan contribution | (1,260,869) | 86,289 |
| Increase (decrease) in payroll withholdings and sales tax payable | (63,636) | 43,486 |
| **Net Cash Provided By Operating Activities** | 2,277,887 | 1,014,502 |
| **Cash Flows From Investing Activities** |  |  |
| Payments for property and equipment | (111,329) | (148,869) |
| Proceeds from sales of equipment | 22,500 | — |
| Change in cash surrender value to the extent of premiums paid on life insurance | (8,297) | (139,340) |
| **Net Cash Used In Investing Activities** | (97,126) | (288,209) |
| **Cash Flows From Financing Activities** |  |  |
| Net borrowings (payments) under line-of-credit agreement | (1,500,000) | 200,000 |
| Repayments on long term debt | (243,779) | (121,738) |
| Distributions paid | (921,000) | (420,000) |
| **Net Cash Used In Financing Activities** | (2,664,779) | (341,738) |
| **Net Increase (Decrease) In Cash** | (484,018) | 384,555 |
| **Cash - Beginning Of Year** | 766,307 | 381,752 |
| **Cash - End Of Year** | $ 282,289 | $ 766,307 |
| **Supplemental Disclosure Of Cash Flow Information** |  |  |
| Interest paid | $ 88,068 | $ 104,619 |
| Noncash financing activities: |  |  |
| Equipment acquired with issuance of long term debt | 410,519 | 377,598 |
| Distributions declared | 80,000 | 900,000 |

See the accompanying review report.

ANDERS  443

## CROWN C SUPPLY COMPANY, INC. AND SUBSIDIARY

### NOTES TO CONSOLIDATED FINANCIAL STATEMENTS
September 30, 2013 And 2012

## 1.   Summary Of Significant Accounting Policies

### Principles Of Consolidation

The accompanying consolidated financial statements include the accounts of Crown C Supply Company, Inc. and 5200 Manchester LLC, which is 100% owned by the same individuals (collectively referred to as the Company). All intercompany transactions and account balances have been eliminated in consolidation.

Accounting standards require an entity that is the primary beneficiary of a variable interest entity (VIE) to consolidate into its financial statements the assets, liabilities, and results of operations of the VIE. Any portion of the stockholders' equity and results of operations which are not owned by the primary beneficiary are reported as noncontrolling interest on the balance sheet and statement of income.

In December 2006, 5200 Manchester LLC purchased land and buildings and began leasing the property to Crown C Supply, Inc. Crown C Supply, Inc. has determined it is the primary beneficiary of 5200 Manchester LLC, and therefore, has consolidated the LLC into the accompanying consolidated financial statements. Crown C Supply, Inc. does not hold any equity interest in 5200 Manchester LLC; therefore, 5200 Manchester LLC's members' equity and net income is reported as noncontrolling interest in the accompanying consolidated financial statements.

### Estimates And Assumptions

Management uses estimates and assumptions in preparing financial statements. Those estimates and assumptions affect the reported amounts of assets and liabilities, the disclosure of contingent assets and liabilities and the reported revenues and expenses. Actual results could differ from those estimates.

### Cash

The Company places its cash with high credit quality financial institutions. At times such investments may be in excess of the Federal Deposit Insurance Corporation (FDIC) insurance limit.

ANDERS  444

CROWN C SUPPLY COMPANY, INC. AND SUBSIDIARY

Notes To Consolidated Financial Statements *(Continued)*

### Accounts Receivable

Trade accounts receivable are stated at the amount management expects to collect from outstanding balances. Management provides for probable uncollected amounts through a charge to earnings and a credit to a valuation allowance based on its assessment of the current status of individual accounts. Balances that are still outstanding after management has used reasonable collection efforts are written off through a charge to the valuation allowance and a credit to trade accounts receivable. Changes in the valuation allowance have not been material to the consolidated financial statements.

### Inventory

Inventory, consisting of roofing and siding materials held for resale, is valued at the lower of cost (first-in, first-out method) or market.

### Property And Equipment

Property and equipment are stated at cost, less accumulated depreciation and amortization computed using straight-line and accelerated methods. The assets are depreciated over periods ranging from 3 to 39 years for both financial statement reporting and income tax purposes.

### Revenue Recognition

Sales are recorded when products are shipped to customers. Provisions for discounts and rebates to customers, estimated returns and allowances, and other adjustments are provided for in the same period the related sales are recorded. The Company records taxes collected under the net method by recognizing a corresponding liability to the related taxing authority.

### Delivery Costs

Delivery costs of $2,217,481 in 2013 and $2,277,402 in 2012 are included in operating expenses.

### Advertising

Advertising costs are charged to operations as incurred. Total advertising expense amounted to $39,758 in 2013 and $52,758 in 2012.

ANDERS   445

## CROWN C SUPPLY COMPANY, INC. AND SUBSIDIARY

Notes To Consolidated Financial Statements *(Continued)*

### Noncontrolling Interest

The Company complies with accounting standards for reporting of noncontrolling interests in consolidated financial statements, whereby consolidated stockholders' equity and net income are separately attributable to the controlling interest and to the noncontrolling interest.

### 2. Operations

Crown C Supply Company, Inc. began operations in 1980 and is engaged in the wholesale and retail sales of roofing and siding materials and supplies. The Company is located in St. Louis, Missouri, with the majority of sales and credit being granted to customers located within the St. Louis metropolitan area.

5200 Manchester LLC was established in 2006 to purchase and lease real estate to Crown C Supply Company, Inc. for its operations.

### 3. Property And Equipment

Property and equipment consist of:

|  | 2013 | 2012 |
|---|---|---|
| Vehicles | $ 1,941,295 | $ 1,676,727 |
| Equipment | 685,154 | 607,996 |
| Office furniture and equipment | 25,929 | 25,964 |
| Leasehold and land improvements | 230,601 | 230,601 |
| Land | 200,625 | 200,625 |
| Buildings | 707,254 | 707,254 |
|  | 3,790,858 | 3,449,167 |
| Less: Accumulated depreciation and amortization | 2,203,355 | 2,077,753 |
|  | $ 1,587,503 | $ 1,371,414 |

Depreciation and amortization charged against income amounted to $305,759 in 2013 and $144,677 in 2012.

ANDERS   446

CROWN C SUPPLY COMPANY, INC. AND SUBSIDIARY

Notes To Consolidated Financial Statements *(Continued)*

## 4. Other Assets

Other assets consist of:

|  | 2013 | 2012 |
|---|---|---|
| Cash surrender value of life insurance | $ 851,870 | $ 843,573 |
| Deposits | 7,650 | 24,350 |
|  | $ 859,520 | $ 867,923 |

## 5. Notes Payable

The Company has available a $5,500,000 line of credit with a bank which expires in February 2014. Borrowings under the line of credit bear interest at LIBOR plus three percentage points (3.18% at September 30, 2013). All borrowings are collateralized by the Company's inventory and accounts receivable. Borrowings under the line are subject to certain financial covenants, including current ratio, tangible net worth ratio and debt to worth ratio, and restrictions on indebtedness, dividend payments and other related items. At September 30, 2013, the Company is in compliance with all covenants.

Interest incurred on all debt and charged against income amounted to $88,068 in 2013 and $104,619 in 2012.

ANDERS   447

CROWN C SUPPLY COMPANY, INC. AND SUBSIDIARY

Notes To Consolidated Financial Statements *(Continued)*

## 6.  Long-Term Debt

Long-term debt consists of notes payable to a bank as follows:

|  | 2013 | 2012 |
|---|---|---|
| Crown C Supply | | |
| Secured by vehicles and payable in 60 monthly payments of $6,758 including interest at a rate of 2.8%, final payment due in June 2017 | $   288,066 | $   359,984 |
| Secured by vehicles and payable in 60 monthly payments of $5,510 including interest at a rate of 3.38%, final payment due in April 2018 | 280,028 | — |
| Secured by a vehicle and payable in 60 monthly payments of $1,276, interest-free, final payment due in September 2017 | 61,265 | — |
| 5200 Manchester LLC | | |
| Secured by building and payable in 42 monthly payments of $11,263 including interest at a rate of 3.32%, final payment due in January 2017 | 425,983 | 528,618 |
| | 1,055,342 | 888,602 |
| Less:  Current maturities | 269,745 | 107,284 |
| | $   785,597 | $   781,318 |

The scheduled maturities of long-term debt as of September 30, 2013 are as follows:

| Year | Amount |
|---|---|
| 2014 | $   269,745 |
| 2015 | 277,961 |
| 2016 | 286,445 |
| 2017 | 183,439 |
| 2018 | 37,752 |
| | $   1,055,342 |

ANDERS   448

CROWN C SUPPLY COMPANY, INC. AND SUBSIDIARY

Notes To Consolidated Financial Statements *(Continued)*

## 7.   Employee Benefit Plans

The Company has a qualified, noncontributory, trusteed profit sharing plan covering eligible full-time employees. The plan provides for contributions by the Company in such amounts as the Board of Directors may annually determine.

The plan contains a 401(k) provision in accordance with the Internal Revenue Code (the IRC). It covers eligible full-time employees and provides for voluntary employee contributions of up to 15% of eligible compensation. The Plan also provides for a Company match of employee contributions, which is determined annually by the Board of Directors.

The Company's contributions amounted to $113,784 in 2013 and $177,278 in 2012.

## 8.   Other Expense - Net

Other expense consists of:

|  | 2013 | 2012 |
|---|---|---|
| Interest expense, net | $   (82,161) | $  (115,745) |
| Discounts | 37,355 | 39,629 |
| Increase in cash surrender value of life insurance | 8,297 | 229,539 |
| Rental income | 23,250 | 12,750 |
| Miscellaneous income | 22,364 | 78 |
| Profit sharing plan contribution | (113,784) | (177,278) |
|  | $ (104,679) | $     (11,027) |

## 9.   Income Taxes

Effective September 1, 2002, Crown C. Supply Company, Inc. elected S Corporation status under provisions of the IRC, and similar provisions of the Missouri tax law, and as such is no longer subject to federal or state corporate income taxes. The stockholders report their distributive share of the Company's taxable income or losses on their respective individual income tax returns.

ANDERS   449

CROWN C SUPPLY COMPANY, INC. AND SUBSIDIARY

Notes To Consolidated Financial Statements *(Continued)*

5200 Manchester LLC is organized as a limited liability company and is treated as a partnership under provisions of the IRC, and similar provisions of the Missouri tax law. The members report their distributive share of the Company's taxable income or losses on their respective individual income tax returns.

The Company's federal and state tax returns for tax years 2009 and later remain subject to examination by taxing authorities.

## 10.  Transactions With Related Parties

The Company leases office and warehouse space on a month-to-month basis from an entity related through common ownership. Total rent expense amounted to $224,424 in 2013 and 2012.

## 11.  Lease Commitments

The Company has truck leases expiring in June 2014 and a software lease expiring in February 2017. Future minimum lease commitments are as follows:

| Year | Amount |
|------|--------|
| 2014 | $    37,032 |
| 2015 | 5,628 |
| 2016 | 5,628 |
| 2017 | 2,345 |
|      | $    50,633 |

Amounts paid under the above leases totaled $47,500 and $43,388 in 2013 and 2012, respectively.

ANDERS   450

CROWN C SUPPLY COMPANY, INC. AND SUBSIDIARY

Notes To Consolidated Financial Statements *(Continued)*

## 12.  Subsequent Events

The Company's majority stockholder passed away in October 2013. The Company's minority stockholder has assumed management of the Company.

In accordance with the stock purchase agreement, the remaining shareholder has the right to purchase the shares.  In the event the remaining shareholder does not purchase the shares, the company must purchase the shares.  At September 30, 2013, the company had life insurance in effect on the life of the majority shareholder in the amount of $3,500,000.

Management has evaluated subsequent events through December 27, 2013, the date which the consolidated financial statements were available for issue.

ANDERS  451